IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MR. and MRS. LONDER B. DAVIS, § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | No. 3:22-cv-01136-N (BT) | |
| § | | |
| CLYDE McGUIRE, et al., § | | |
| Defendants. § | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 8, 2022, the Court finds that the findings and recommendation of the Magistrate Judge are correct, and they are accepted as the findings, conclusions, and recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are accepted.

On September 13, 2022, Plaintiffs filed an amended complaint (doc. 13). The Court has reviewed the amended complaint and determined that it is not in compliance with Federal Rule of Civil Procedure 8(a). Therefore, Plaintiffs have not remedied the deficiency set forth in the Magistrate Judge's Findings, Conclusions, and Recommendation.

**SO ORDERED** this 17th day of October, 2022.

_____
DAVID C. GODBEY
CHIEF JUDGE